Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

John Joseph Moakley Courthouse / Courthouse Way, Suite
2300 Boston, MA 02210

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

FILED
IN CLERKS OFFICE
2025 MAR 31 PM 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

Kimberly Crosson

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

United Health Group cited unknown partner Groves, Northern Light Medical Group and President of, Randy Clark Northern Light Sebasticook Valley Hospital, all involved unknown John + Staff + admin

**Defendant(s)** Jane Does
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kimberly Crosson
Street Address: 400 Oliver Hill Rd Garland, Me
City and County: Garland, Penobscot
State and Zip Code: Maine 04939
Telephone Number: N/A
E-mail Address: NA

*Mailing= PO Box 30 Seabrook, NH 03874*

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Northern Lights Sebasticook Valley Hospital, Admin, Staff + all unknown involved
447 N Main St.
Pittsfield, Somerset
Maine 04967
(207) 487-4000

John + Jane Does involved

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: United Health Group + all unknown partners, Northern Light Medical Group + Randy Clark
- Job or Title (if known): Company Medical Group and President of
- Street Address: 489 State Street
- City and County: Bangor, Penobscot
- State and Zip Code: Maine
- Telephone Number: (952) 936-6136
- E-mail Address (if known):

**Defendant No. 2**
- Name: Northern Light Sebasticook Valley Hospital Facility and all unknown involved John/Jane Does
- Job or Title (if known):
- Street Address: 447 N Main St
- City and County: Pittsfield, Somerset
- State and Zip Code: Maine
- Telephone Number: (207) 487-4000
- E-mail Address (if known):

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Northern Light ~~Sebasticook Valley Hospital~~ is incorporated under the laws of the State of *(name)* Maine, and has its principal place of business in the State of *(name)* Maine

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Maine.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy 1.5 + all applicable damages

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

USCA421983, 5m neglect of medical, defamation, fullest amt multiple counts of distress of mental, physical, medical neglect, medical kidnap allowed emotional, embarassment, neglect of medical, Kidnapping; restrained by secured door + staff *

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

entered the ER, approached the lobby clerk after being in a car accident, requested my medical pacemaker checked for heart arythmia and instead of was questioned by staff + security, held involuntarily under a psychiatric evaluation

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All relief + punitive damages public apology, investigate, close + imprison all that were involved w/ mistreatment, neglect and defamation

Page 4 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/28/2025  3/26/2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Kimberly Crosson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address