UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KIMBERLY D. CROSSON,<br><br>    Plaintiff<br><br>v.<br><br>NORTHERN LIGHT SEBASTICOOK VALLEY HOSPITAL et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)  1:25-cv-230-LEW<br>)<br>)<br>)<br>)<br>) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE AND
IMPOSING COK FILING WARNING**

  On June 6, 2025, United States Magistrate Judge John C. Nivison filed with the Court, with a copy to Plaintiff, his Recommended Decision on Plaintiff's alleged claims of constitutional violations. The time within which to file objections expired on June 20, 2025, and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive her right to *de novo* review and appeal. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of Magistrate Judge Nivison for the reasons set forth in the Recommended Decision.

  Additionally, the Court expressly warns Ms. Crosson that "filing restrictions may be in the offing." *Cok v. Family Court of Rhode Island*, 985 F.2d at 35. This Court has

dismissed many complaints asserted by Plaintiff based on Plaintiff's lack of prosecution. *See* Recommended Decision (ECF No. 11) at 5-6. Should this pattern continue, Plaintiff will face filing restrictions.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED (ECF No. 11) and a *Cok* warning is issued to the Plaintiff. The case is dismissed.

**SO ORDERED.**

Dated this 17th day of July, 2025.

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE